# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2007

134059

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE CAMERON MAURICE CHESTER, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

                                          SC: 134059
                                          COA: 276011
                                          Oakland CC
                                          Family Division: 06-718341-NA

EVELYN CHESTER,
      Respondent-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 22, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2007

*Corbin R. Davis*

Clerk

s0619